# EXHIBIT B

Case 2:20-cv-03887-JAK-KS Document 1-2 Filed 04/28/20 Page 2 of 2 Page ID #:113

Electronically FILED by Superior Court of California, County of Los Angeles on 04/08/2020 01:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. So,Deputy Clerk

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Gabriel G. Green (SBN: 222445) <br> BUCHALTER, A Professional Corporation <br> 1000 Wilshire Blvd., Suite 1500 <br> Los Angeles, California 90017 <br> TELEPHONE NO: 213.891.0700  FAX NO. *(Optional):* 213.896.0400 <br> E-MAIL ADDRESS *(Optional):* ggreen@buchalter.com <br> ATTORNEY FOR *(Name):* Plaintiff Pacific Collective, LLC | *FOR COURT USE ONLY* |
|---|---|

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles** |
|---|
| STREET ADDRESS: 111 North Hill Street |
| MAILING ADDRESS: 111 North Hill Street |
| CITY AND ZIP CODE: Los Angeles, California 90017 |
| BRANCH NAME: Central - Stanley Mosk Courthouse |

PLAINTIFF/PETITIONER: Pacific Collective, LLC

DEFENDANT/RESPONDENT: ExxonMobil Oil Corporation

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER: <br> 20STCV13294 |
|---|---|

TO *(insert name of party being served):* ExxonMobil Oil Corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 7, 2020

Gabriel G. Green
(TYPE OR PRINT NAME)

▶ /s/ Gabriel G. Green
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify):* Notice of Case Assignment, Civil Case Coversheet, Voluntary Efficient Litigation Stipulation

*(To be completed by recipient):*

Date this form is signed:

David B. Mantor
TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED

▶ /s/ David B Mantor

Authorized as Snr. Counsel to execute on behalf of ExxonMobil Oil Corporation on this 8th day of April, 2020
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory se <br> Judicial Council of California <br> POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure, <br> §§ 415.30, 417.10 <br> www.courtinfo.ca.gov |
|---|---|---|
| | | American LegalNet, Inc. <br> www.USCourtForms.com |