BUCHALTER
A Professional Corporation
  GABRIEL G. GREEN (SBN 222445)
  GORDON C. STUART (SBN: 294321)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
ggreen@buchalter.com
gstuart@buchalter.com

Attorneys for Plaintiff
PACIFIC COLLECTIVE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COLLECTIVE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL OIL CORPORATION, a New York Corporation, formerly known as Mobile Oil Corporation; and, DOES 1-100,<br><br>Defendants. | Case No.: 2:20-CV-3887<br>Assigned to: Judge Otis D. Wright, II.<br>Referred to: Magistrate Judge Rozella A. Oliver<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE (FED. R. CIV. PROC., 41(a)(1)(A)(ii))**<br><br><u>Discovery Cut-Off</u>: August 6, 2021<br><u>Pretrial Conference</u>: November 8, 2021<br><u>Trial</u>: December 7, 2021 |

It is hereby stipulated by and between Plaintiff Pacific Collective, LLC, a Delaware limited liability company ("Pacific") on the one hand, and Defendant ExxonMobil Oil Corporation, a New York corporation, formerly known as Mobile Oil Corporation ("ExxonMobil") on the other hand (the parties to this Stipulation are individually referred to as "Party" and jointly as "Parties"), by and through their attorneys of record, as follows:

**WHEREAS**, on April 3, 2020, Pacific filed an action against ExxonMobil in the Superior Court of Los Angeles County, State of California, bearing case number: 20STCV13924.

**WHEREAS**, ExxonMobil answered Pacific's complaint and then on April 28, 2020, removed the matter to the United States District Court, the Central District.

**WHEREAS**, Pacific and ExxonMobil are the only two parties who have appeared in this action.

**WHEREAS**, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), this matter may be dismissed by all parties who have appeared.

**WHEREAS**, the parties agree that this stipulation is not a waiver by ExxonMobil of its right to recover costs and fees incurred defending this action. In the event that Pacific files a new action against ExxonMobil, if ExxonMobil is deemed the prevailing party, ExxonMobil will have the right to pursue costs and fees incurred in this action in addition to the new action.

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED:**

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), the Parties stipulate that this entire action shall be dismissed without prejudice.

DATED: April 20, 2021

BUCHALTER
A Professional Corporation

By: /s/ Gabriel G. Green
GABRIEL G. GREEN
Attorneys for Attorneys for Plaintiff
PACIFIC COLLECTIVE, LLC

DATED: April 20, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: /s/ Whitney Jones Roy
JEFFREY J. PARKER
WHITNEY JONES ROY
ANGELA REID
Attorneys for Defendant ExxonMobil Oil Corporation