JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PACIFIC COLLECTIVE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>EXXONMOBIL OIL CORPORATION ET AL.,<br><br>  Defendants. | Case № 2:20-CV-03887-ODW (RAOx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 21, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**